**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
In the Matter of the Arbitration Between:
FRANCISCO B. ALMADA,

                     Petitioner,                 21 **CIVIL** 2376 (JPO)

          -against-                          **JUDGMENT**

UNION CAPITAL COMPANY,

                     Respondent.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 22, 2021, the arbitration award is confirmed and this case is closed.

**Dated**: New York, New York
        April 23, 2021

                                                 **RUBY J. KRAJICK**
                                                 _____
                                                    **Clerk of Court**
                             **BY:** _____
                                                      **Deputy Clerk**